UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KEVIN WAYNE POWERS                                CIVIL ACTION

VERSUS                                            NO: 13-5557

ORLEANS PARISH PRISON, ET AL                      SECTION: "J" (4)

**ORDER**

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge **(Rec. Doc. 12)**, and plaintiff's failure to file any objections, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein. Accordingly,

**IT IS ORDERED** that Plaintiff's claims against Orleans Parish Prison, Orleans Parish Prison Medical Deptartment, and Sheriff Marlin Gusman, are hereby **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e) & 1915A and 42 U.S.C. § 1997e.

New Orleans, Louisiana this 14th day of February, 2014.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE